B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Madison Park Church of God, Inc. d/b/a**
       **Madison Park Church of God**

                    Debtor

Case No.    **13-07430-RLM-11**

Chapter                **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 8,700,000.00 | | |
| B - Personal Property | Yes | 4 | 1,172,058.39 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 18,742,461.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 30,675.37 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 3,210,325.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 9,872,058.39 | | |
| Total Liabilities | | | | 21,983,461.37 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Madison Park Church of God, Inc. d/b/a**
**Madison Park Church of God**

Case No. __13-07430-RLM-11__

_____,
Debtor

Chapter _____11_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**
**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Madison Park Church of God, Inc. d/b/a**                              Case No.    **13-07430-RLM-11**
         **Madison Park Church of God**
                                                                          ,
                                   Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Real Property and Improvements commonly known as 6607 Providence Dr., Anderson, IN 46013 (church/educational facility and land)** | **Fee Simple** | - | **6,830,000.00** | **6,830,000.00** |
| **Real Property and Improvements commonly known as 2604 N. Scatterfield Road, Anderson, IN 46012 (church/educational building)** | **Fee Simple** | - | **915,000.00** | **915,000.00** |
| **Real Property and Improvements commonly known as 2200 Madison Square, Anderson, IN 46012 (office building with day care and gym)** | **Fee Simple** | - | **610,000.00** | **610,000.00** |
| **Real Property and Improvements commonly known as 1400 Broadway, Anderson, IN 46012 (Dove Harbor/Broadway Ministries Center building)** | **Fee Simple** | - | **340,000.00** | **340,000.00** |
| **Real Property - Lot No. 1 in Mini-Plat No. 444, a subdivision in Union Township, Madison County, Indiana, Recorded in Plat Book 19, Page 39.** | **Fee Simple** | - | **5,000.00** | **0.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **8,700,000.00** | (Total of this page) |
| Total > | **8,700,000.00** | |

**0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Madison Park Church of God, Inc. d/b/a**                              Case No.   **13-07430-RLM-11**
      **Madison Park Church of God**
                                     Debtor                                        ,

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Star Bank Money Market** | - | **629,286.05** |
| | | | **Star Bank Commercial Checking** | - | **178,721.54** |
| | | | **Raymond James Account** | - | **37,464.51** |
| | | | **Reliance Trust Company Series A Sinking Fund** | - | **162,790.31** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit with Vectren** | - | **6,167.00** |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Art (Book Value)** | - | **4,760.00** |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **1,019,189.41**
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Madison Park Church of God, Inc. d/b/a**                                    Case No.    **13-07430-RLM-11**
         **Madison Park Church of God**
_____,
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable (Book Value)** | **-** | **51,800.98** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >            **51,800.98**
(Total of this page)

Sheet  **1**  of  **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Madison Park Church of God, Inc. d/b/a**          Case No.   **13-07430-RLM-11**
      **Madison Park Church of God**

                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1995 Ford E350 XL/XLT V8 Van - Dove Harbor | - | 2,238.00 |
| | | 1988 Chevrolet G30 Bonaventure Sport Van | - | 2,750.00 |
| | | 2002 Ford Econoline E150 Passenger Van | - | 5,848.00 |
| | | 2006 Reed Inc. Golf Cart | - | 1,505.00 |
| | | Reed Inc. Golf Cart | - | 1,292.00 |
| | | 2001 Dodge Caravan Passenger Van | - | 1,871.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment, furnishings and supplies (Book Value) | - | 48,756.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Audio, video, computer equipment (Book Value) | - | 36,808.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >   **101,068.00**
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Madison Park Church of God, Inc. d/b/a**                                    Case No.    __13-07430-RLM-11__
      __**Madison Park Church of God**_____ ,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **1,172,058.39** |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **Madison Park Church of God, Inc. d/b/a**                               Case No.   **13-07430-RLM-11**
        **Madison Park Church of God**
_____,
                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**OSK 1, LLC**<br>**4121 West 50th Street**<br>**Minneapolis, MN 55424** | | - | 7/31/2007<br><br>**Joint 1st Mortage & Security Agmt on real estate and personal property; lien on unsold Series A Bonds**<br><br>Value $          **4,047,543.94** | | | | 5,601,873.00 | 1,554,329.06 |
| Account No.<br><br>**Reliance Trust Company**<br>**Attn: Robert F. Cook**<br>**1100 Abernathy Road, Suite 400**<br>**Atlanta, GA 30358** | | - | 7/31/2007<br><br>**Joint 1st Mortage & Security Agmt on real estate and personal property**<br><br>Value $          **5,824,514.45** | | | | 6,846,734.00 | 1,022,219.55 |
| Account No.<br><br>**Timothy Landis, PC**<br>**One SW Columbia St., Suite 1110**<br>**Portland, OR 97258** | | - | 7/31/2007<br><br>**2nd Mortgage on real estate; subordinate to 1st Joint Mortgage**<br><br>Value $          **0.00** | | | | 6,293,854.00 | 6,293,854.00 |
| Account No.<br><br> | | | <br><br><br><br>Value $ | | | | | |

**0**  continuation sheets attached

| | Subtotal<br>(Total of this page) | 18,742,461.00 | 8,870,402.61 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 18,742,461.00 | 8,870,402.61 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re **Madison Park Church of God, Inc. d/b/a**
**Madison Park Church of God**

Case No. __13-07430-RLM-11__

_____,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**2** continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **Madison Park Church of God, Inc. d/b/a**  Case No.  **13-07430-RLM-11**
        **Madison Park Church of God**
_____,
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No.<br><br>**Madison County Treasurer**<br>**16 E. 9th Street**<br>**Anderson, IN 46016** | - | | | **Fall 2012 Due 2013**<br><br>**Real Property Tax (Providence Drive)** | | | | 10,258.35 | 0.00 | 10,258.35 |
| Account No.<br><br>**Madison County Treasurer**<br>**16 E. 9th Street**<br>**Anderson, IN 46016** | - | | | **Spring 2013 Due 2014**<br><br>**Real Property Tax (Providence Drive)** | | | | 16,645.55 | 0.00 | 16,645.55 |
| Account No.<br><br>**Madison County Treasurer**<br>**16 E. 9th Street**<br>**Anderson, IN 46016** | - | | | **Fall 2012 Due 2013**<br><br>**Real Property Tax (Scatterfield Road)** | | | | 986.98 | 0.00 | 986.98 |
| Account No.<br><br>**Madison County Treasurer**<br>**16 E. 9th Street**<br>**Anderson, IN 46016** | - | | | **Spring 2013 Due 2014**<br><br>**Real Property Tax (Scatterfield Road)** | | | | 860.86 | 0.00 | 860.86 |
| Account No.<br><br>**Madison County Treasurer**<br>**16 E. 9th Street**<br>**Anderson, IN 46016** | - | | | **Fall 2012 Due 2013**<br><br>**Real Property Tax (Madison Square)** | | | | 877.65 | 0.00 | 877.65 |

Sheet  **1**   of  **2**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 29,629.39 | 29,629.39 |

B6E (Official Form 6E) (4/13) - Cont.

In re  **Madison Park Church of God, Inc. d/b/a**                    Case No.  __13-07430-RLM-11__
       **Madison Park Church of God**
                                                                    ,
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Madison County Treasurer** <br> **16 E. 9th Street** <br> **Anderson, IN 46016** | | - | **Spring 2013 Due 2014** <br><br> **Real Property Tax (Madison Square)** | | | | 991.65 | 0.00 | 991.65 |
| Account No. <br><br> **Madison County Treasurer** <br> **16 E. 9th Street** <br> **Anderson, IN 46016** | | - | **Fall 2012 Due 2013** <br><br> **Real Property Tax (Union Township)** | | | | 27.58 | 0.00 | 27.58 |
| Account No. <br><br> **Madison County Treasurer** <br> **16 E. 9th Street** <br> **Anderson, IN 46016** | | - | **Spring 2013 Due 2014** <br><br> **Real Property Tax (Union Township)** | | | | 26.75 | 0.00 | 26.75 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 1,045.98 | 0.00 <br> 1,045.98 |
| Total <br> (Report on Summary of Schedules) | 30,675.37 | 0.00 <br> 30,675.37 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Madison Park Church of God, Inc. d/b/a**                 Case No.   **13-07430-RLM-11**
        **Madison Park Church of God**
_____ ,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| **Account No.** | | - | | | 7/31/2007<br>**Notice Purposes Only: Known Class C Bond Holder** | | X | | |
| **BMF SCHOLARSHIP FUND INTERNATIONAL A NON-PROFIT CORP 7652 TIMBERROSE WAY ROSEVILLE, CA 95747-8345** | | | | | | | | | **Unknown** |
| **Account No.** | | - | | | 7/31/2007<br>**Notice Purposes Only: Known Class C Bond Holder** | | X | | |
| **CECIL A THOMPSON & NANCY K THOMPSON TTEE U/A 11/15/2011, CECIL & NANCY THOMPSON R 2560 KENNEDY AVE CHICO, CA 95973** | | | | | | | | | **10,400.00** |
| **Account No.** | | - | | | 7/31/2007<br>**Notice Purposes Only: Known Class C Bond Holder** | | X | | |
| **CECIL A THOMPSON & NANCY K THOMPSON TTEE CECIL & NANCY THOMPSON REV TRUST 2560 KENNEDY AVE CHICO, CA 95973** | | | | | | | | | **Unknown** |
| **Account No.** | | - | | | 7/31/2007<br>**Notice Purposes Only: Known Class C Bond Holder** | | X | | |
| **CHERYL WESTSTEYN SUCCESSOR TTEE U/A 2/14/1996, ROBERTSON FAMILY TRUST 6330 COUNTY ROAD 39 WILLOWS, CA 95988** | | | | | | | | | **16,640.00** |
| __9__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | **27,040.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Madison Park Church of God, Inc. d/b/a**                                    Case No.    **13-07430-RLM-11**
       **Madison Park Church of God**

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **DANIEL G WRIGHT & BRENDA G WRIGHT JT TEN 14235 QUAKER RIDGE CT NEVADA CITY, CA 95959** | | - | | 7/31/2007 Notice Purposes Only: Known Class C Bond Holder | | X | | 26,000.00 |
| Account No. **DONALD ORMAND KAUFMANN & MARGARET MAY KA DTD 3/5/1996 THE KAUFMANN FAMILY TRUST 8222 E ANGUS DRIVE SCOTTSDALE, AZ 85251** | | - | | 7/31/2007 Notice Purposes Only: Known Class C Bond Holder | | X | | Unknown |
| Account No. **GARY QUICK P O BOX 1706 WRIGHTWOOD, CA 92397-1706** | | - | | 7/31/2007 Notice Purposes Only: Known Class C Bond Holder | | X | | Unknown |
| Account No. **GOLDSTAR TRUST CO FBO EDGAR GLEN ARMSTRONG IRA P O BOX 719 CANYON, TX 79015** | | - | | 7/31/2007 Notice Purposes Only: Known Class C Bond Holder | | X | | Unknown |
| Account No. **GOLDSTAR TRUST CO FBO RICHARD G HOFFMAN IRA P O BOX 719 CANYON, TX 79015** | | - | | 7/31/2007 Notice Purposes Only: Known Class C Bond Holder | | X | | Unknown |

Sheet no. __1__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Madison Park Church of God, Inc. d/b/a**
      **Madison Park Church of God**

Case No.   **13-07430-RLM-11**

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 7/31/2007 | | | | |
| GOLDSTAR TRUST COMPANY CUST FBO DIANE KUCALA  GAMMA ACCOUNT PO BOX 719 CANYON, TX 79015 | - | | Notice Purposes Only: Known Class C Bond Holder | | X | | 18,720.00 |
| Account No. | | | 7/31/2007 | | | | |
| GOLDSTAR TRUST COMPANY CUST FBO FRED D & BRENDA B ADKINS TTEES ADKINS FAMILY TST, PO BOX 719 CANYON, TX 79015 | - | | Notice Purposes Only: Known Class C Bond Holder | | X | | 15,600.00 |
| Account No. | | | 7/31/2007 | | | | |
| GOLDSTAR TRUST COMPANY CUST FBO M JEAN REID TTEEM, REID REVOCABLE LIVING TRUST, PO BOX 719 CANYON, TX 79015 | - | | Notice Purposes Only: Known Class C Bond Holder | | X | | 10,400.00 |
| Account No. | | | 7/31/2007 | | | | |
| GOLDSTAR TRUST COMPANY CUST FBO SANDRA C MYERS IRA PO BOX 719 CANYON, TX 79015 | - | | Notice Purposes Only: Known Class C Bond Holder | | X | | 10,400.00 |
| Account No. | | | 7/31/2007 | | | | |
| GOLDSTAR TRUST COMPANY CUST FBO JAY HOBSON IRA PO POX 719 CANYON, TX 79015 | - | | Notice Purposes Only: Known Class C Bond Holder | | X | | 10,400.00 |

Sheet no. __2__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

65,520.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Madison Park Church of God, Inc. d/b/a**
       **Madison Park Church of God**

Case No.   **13-07430-RLM-11**

_____ ,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 7/31/2007 Notice Purposes Only: Known Class C Bond Holder | | | | |
| **GOLDSTAR TRUST COMPANY CUST FBO CLARENCE CHAN SEP IRA PO BOX 719 CANYON, TX 79015** | - | | | | X | | |
| | | | | | | | **10,400.00** |
| Account No. | | | 7/31/2007 Notice Purposes Only: Known Class C Bond Holder | | | | |
| **GOLDSTAR TRUST COMPANY CUST FBO WILLIAM & MARLENE BENSBERG TTEES P O BOX 719 CANYON, TX 76015** | - | | | | X | | |
| | | | | | | | **Unknown** |
| Account No. | | | 7/31/2007 Notice Purposes Only: Known Class C Bond Holder | | | | |
| **GOLDSTAR TRUST COMPANY CUST FBO WILLIAM TROSPER IRA P O BOX 719 CANYON, TX 79015** | - | | | | X | | |
| | | | | | | | **Unknown** |
| Account No. | | | 7/31/2007 Notice Purposes Only: Known Class C Bond Holder | | | | |
| **GOLDSTAR TRUST COMPANY CUST FBO DAVID TRYTKO ROTH IRA P O BOX 719 CANYON, TX 79015** | - | | | | X | | |
| | | | | | | | **Unknown** |
| Account No. | | | 7/31/2007 Notice Purposes Only: Known Class C Bond Holder | | | | |
| **GOLDSTAR TRUST COMPANY CUST FBO PAULINE CHAN ROTH IRA P O BOX 719 CANYON, TX 79015** | - | | | | X | | |
| | | | | | | | **Unknown** |

Sheet no. __3___ of __9___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,400.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Madison Park Church of God, Inc. d/b/a**
       **Madison Park Church of God**

Case No.    **13-07430-RLM-11**

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 7/31/2007 | | | | |
| GOLDSTAR TRUST COMPANY CUST FBO ELAINE YIKYU CHOW ROTH IRA P O BOX 719 CANYON, TX 79015 | - | | Notice Purposes Only: Known Class C Bond Holder | | X | | |
| | | | | | | | Unknown |
| Account No. | | | 7/31/2007 | | | | |
| GOLDSTAR TRUST COMPANY CUST FBO CYNTHIA JOHNSON ROTH IRA P O BOX 719 CANYON, TX 79015 | - | | Notice Purposes Only: Known Class C Bond Holder | | X | | |
| | | | | | | | Unknown |
| Account No. | | | 7/31/2007 | | | | |
| GOLDSTAR TRUST COMPANY CUST FBO GERALD HAMPTON IRA P O BOX 719 CANYON, TX 79015 | - | | Notice Purposes Only: Known Class C Bond Holder | | X | | |
| | | | | | | | Unknown |
| Account No. | | | 7/31/2007 | | | | |
| GOLDSTAR TRUST COMPANY CUST FBO JOHN E DANIELS & MELODY A SALLOWS JT P O BOX 719 CANYON, TX 79015 | - | | Notice Purposes Only: Known Class C Bond Holder | | X | | |
| | | | | | | | Unknown |
| Account No. | | | 7/31/2007 | | | | |
| GOLDSTAR TRUST COMPANY CUST FBO FRANKLIN GUMPERT PO BOX 719 CANYON, TX 79015 | - | | Notice Purposes Only: Known Class C Bond Holder | | X | | |
| | | | | | | | 26,000.00 |

Sheet no. __4__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Madison Park Church of God, Inc. d/b/a**          Case No.    **13-07430-RLM-11**
             **Madison Park Church of God**
_____,
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 7/31/2007 Notice Purposes Only: Known Class C Bond Holder | | | | |
| **GOLDSTAR TRUST COMPANY FBO RETA HAMPTON IRA P O BOX 719 Canyon, TX 79015** | - | | | | | X | | **Unknown** |
| Account No. | | | | 7/31/2007 Notice Purposes Only: Known Class C Bond Holder | | | | |
| **GOLDSTAR TRUST COMPANY FBO RICHARD TOMEK IRA P O BOX 719 Canyon, TX 79015** | - | | | | | X | | **Unknown** |
| Account No. | | | | 7/31/2007 Notice Purposes Only: Known Class C Bond Holder | | | | |
| **JAMES T GRAVES TTEE U/A 08/18/1992 GRAVES FAMILY TRUST 6756 EDINBURGH CT SAN DIEGO, CA 92120** | - | | | | | X | | **87,000.00** |
| Account No. | | | | 7/31/2007 Notice Purposes Only: Known Class C Bond Holder | | | | |
| **JAMES T PAGE & MERCEDES PAGE  JT TEN 535 S KONA AVE FRESNO, CA 93727-5557** | - | | | | | X | | **20,800.00** |
| Account No. | | | | 7/31/2007 Notice Purposes Only: Known Class C Bond Holder | | | | |
| **JIM W SLAYDON &  LYNN B SLAYDON TTEES U/A 10-13-92 SLAYDON FAMILY TRUST PO BOX 2351 SHINGLE SPRINGS, CA 95682** | - | | | | | X | | **Unknown** |

Sheet no. __5__ of __9__ sheets attached to Schedule of                     Subtotal                    **107,800.00**
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Madison Park Church of God, Inc. d/b/a**                     Case No.    **13-07430-RLM-11**
    **Madison Park Church of God**
_____,
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**JIMMIE R DAVIS & LUGINIA DAVIS JT TEN**<br>**1715 LEISURE LANE**<br>**LONGVIEW, TX 75605** | | - | 7/31/2007<br>**Notice Purposes Only: Known Class C Bond Holder** | | X | | **Unknown** |
| Account No. <br><br>**JOHN PETER CHOW & ELAINE Y CHOW TTEES**<br>**DTD 10/12/99 CHOW TRUST**<br>**5854 PALA MESA DR**<br>**SAN JOSE, CA 95123-4473** | | - | 7/31/2007<br>**Notice Purposes Only: Known Class C Bond Holder** | | X | | **36,400.00** |
| Account No. <br><br>**MARK A WILSON & VALERIE JUNE WILSON JT T**<br>**203 S SIMON**<br>**VISALIA, CA 93292-7040** | | - | 7/31/2007<br>**Notice Purposes Only: Known Class C Bond Holder** | | X | | **Unknown** |
| Account No. <br><br>**MARK M MINZAK**<br>**309 E. MCHENRY STREET**<br>**URBANA, IL 61801-6672** | | - | 7/31/2007<br>**Notice Purposes Only: Known Class C Bond Holder** | | X | | **Unknown** |
| Account No. <br><br>**MELVIN N KELLY & CAROLYN L KELLY TTEES**<br>**MELVIN M KELLY & CAROLYN KELLY DECL OF T**<br>**45288 DILLON DR**<br>**AHWAHNEE, CA 93601-9755** | | - | 7/31/2007<br>**Notice Purposes Only: Known Class C Bond Holder** | | X | | **Unknown** |

Sheet no. __6__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
                (Total of this page)    **36,400.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Madison Park Church of God, Inc. d/b/a**              Case No.    **13-07430-RLM-11**
         **Madison Park Church of God**
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 7/31/2007 Notice Purposes Only: Known Class C Bond Holder | | | | |
| **POINT LOMA NAZARENE UNIVERSITY 3900 LOMALAND DR SAN DIEGO, CA 92106-2899** | - | | | | X | | 10,400.00 |
| Account No. | | | 7/31/2007 Notice Purposes Only: Known Class C Bond Holder | | | | |
| **RANDALL CLEMENT CALEY TTEE DTD O5/13/2010 LINDA D. CALEY-STEINER TR 19 VAN VOORHIS ROAD PITTSFORD, NY 14534** | - | | | | X | | 31,200.00 |
| Account No. | | | 7/31/2007 Notice Purposes Only: Known Class C Bond Holder | | | | |
| **RANDALL CLEMENT CALEY TTEE DTD O5/13/2010 LINDA D. CALEY-STEINER TR 19 VAN VOORHIS ROAD PITTSFORD, NY 14534** | - | | | | X | | Unknown |
| Account No. | | | 7/31/2007 Notice Purposes Only: Known Class C Bond Holder | | | | |
| **RELIANCE TRUST CO RTC DWAC RESEARCH PO BOX 48409 ATLANTA, GA 30340** | - | | | | X | | 55,120.00 |
| Account No. | | | 7/31/2007 Notice Purposes Only: Known Class C Bond Holder | | | | |
| **RELIANCE TRUST COMPANY CUST FBO DONALD KAUFMANN IRA PO BOX 48409 ATLANTA, GA 30340** | - | | | | X | | Unknown |

Sheet no. __7__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **96,720.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Madison Park Church of God, Inc. d/b/a**                            Case No.    **13-07430-RLM-11**
**Madison Park Church of God**
_____,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **ROBERT L BERGER & DOROTHY M BERGER TTEES U/A 2/19/2008 BERGER FAMILY TRUST PO BOX 126 HOOD, CA 95639** | - | | 7/31/2007 Notice Purposes Only: Known Class C Bond Holder | | X | | **Unknown** |
| Account No. **ROBERT O KAY III 1538 SHERIDAN STREET JACKSONVILLE, FL 32207** | - | | 7/31/2007 Notice Purposes Only: Known Class C Bond Holder | | X | | **Unknown** |
| Account No. **RON W BATEY CUST  FBO THOMAS E BATEY UNDER THE CA TRANS MIN ACT 3731 N AUGUSTA FRESNO, CA 93726** | - | | 7/31/2007 Notice Purposes Only: Known Class C Bond Holder | | X | | **Unknown** |
| Account No. **RONNIE BATEY & BRENDA BATEY JTWROS 3731 NORTH AUGUSTA ST FRESNO, CA 93726** | - | | 7/31/2007 Notice Purposes Only: Known Class C Bond Holder | | X | | **78,000.00** |
| Account No. **Series C Trustee Unknown** | - | | 7/30/2007 2007 Series C General Obligation Bonds | | X | | **2,497,245.00** |
| Sheet no. **8** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal (Total of this page) | | | | **2,575,245.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Madison Park Church of God, Inc. d/b/a**          Case No.  **13-07430-RLM-11**
       **Madison Park Church of God**
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**SUMNER E ROE & DEBORAH E ROE JTTEN 7381 SCOTTSBORO HWY SCOTTSBORO, AL 35769** | - | | 7/31/2007<br>**Notice Purposes Only: Known Class C Bond Holder** | | X | | 26,000.00 |
| Account No.<br><br>**TIMOTHY L CHU & GRACE CHU TTEES U/A 12/04/2002 CHU LIVING TRUST 611 STEEPLECHASE COURT RENO, NV 89521-6250** | - | | 7/31/2007<br>**Notice Purposes Only: Known Class C Bond Holder** | | X | | 31,200.00 |
| Account No.<br><br>**TOM  CANDACE LOW TTEE DTD 12/29/1989 LOW FAMILY TRUST 2072 14TH AVENUE SAN FRANCISCO, CA 94116-1310** | - | | 7/31/2007<br>**Notice Purposes Only: Known Class C Bond Holder** | | X | | 20,800.00 |
| Account No.<br><br>**TRUST MANAGEMENT INC CUST FBO DAVID WALKER IRA PO BOX 2288 FORT WORTH, TX 76113** | - | | 7/31/2007<br>**Notice Purposes Only: Known Class C Bond Holder** | | X | | 161,200.00 |
| Account No. | | | | | | | |

Sheet no. **9** of **9** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | 239,200.00 |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 3,210,325.00 |

B6G (Official Form 6G) (12/07)

.

In re    **Madison Park Church of God, Inc. d/b/a**                                  Case No.    **13-07430-RLM-11**
____**Madison Park Church of God**_____ ,
                                                          Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Bays Farm**<br>**3225 Layton Rd.**<br>**Anderson, IN 46011** | **5/1/2008 Farm Cash Rental Agreement, Debtor is Landlord.** |
| **IKON Financial Services**<br>**PO Box 9115**<br>**Macon, GA 31208-9115** | **11/17/10 Image Management Plus Agreement (Used Ricoh 2510 Copier)** |
| **Madison Park Senior Living LLC**<br>**c/o M. Waterfill - Benesch  Friedlander**<br>**One American Square, Suite 2300**<br>**Indianapolis, IN 46282-0018** | **7/10/13 Offer to Purchase Real Estate (16 Acres)** |
| **Ricoh USA, Inc.**<br>**70 Valley Stream Pkwy**<br>**Malvern, PA 19355** | **6/21/12 Image Management Plus Agreement (Ricoh MP23525P, Riccoh MPC4302A, Ricoh MP6001, RicohBP4002S/P)** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Madison Park Church of God, Inc. d/b/a**         Case No.   **13-07430-RLM-11**
            **Madison Park Church of God**

Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
\_\_\_\_\_ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re   __Madison Park Church of God, Inc. d/b/a Madison Park Church of God__      Case No.   __13-07430-RLM-11__
                                          Debtor(s)                              Chapter   __11__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Business Administrator of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___23___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __July 24, 2013__                    Signature   __/s/ F. Rob Spaulding__
                                                      __F. Rob Spaulding__
                                                      __Business Administrator__

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.