# Exhibit "A" To The Plan Of Reorganization

## SALE PROPERTY

**PARCEL I:** Commonly known as: 2604 N. Scatterfield Road, Anderson, IN

Commencing at a point in the centerline of School Street which is 30.0 feet North and 1923.42 feet East of the Southwest corner of the Northwest Quarter of Section 31, Township 20 North, Range 8 East, said point also being the intersection of the centerline of State Road 109 as of February 22, 1973 and the centerline of School Street; thence North 29 degrees 02 minutes 00 seconds West 1196.94 feet along the centerline of said State Road 109 to a point where said centerline intersects the centerline of Rainbow Boulevard; thence North 89 degrees 42 minutes 44 seconds East 278.18 feet along the centerline of said Rainbow Boulevard to the point of beginning of a curve to the left whose radius is 702.83 feet and tangent length is 100.0 feet; thence East Northeasterly along said curve (centerline of Rainbow Boulevard) an arc distance of 198.67 feet to the point of tangency of said curve; thence North 73 degrees 31 minutes 00 seconds East 366.87 feet along said tangent (centerline of Rainbow Boulevard) to the point of beginning of a curve to the right whose radius is 702.64 feet and tangent length is 100.00 feet; thence East Northeasterly along said curve (centerline of Rainbow Boulevard) an arc distance of 198.67 feet to the point of tangency of said curve; thence North 89 degrees 43 minutes 00 seconds East 146.74 feet along said tangent (centerline of Rainbow Boulevard) to a point on the West line of Tract "D" in Tract 2 as shown on the plat of Salyer's Golden Acres, Tracts 1 and 2 a Subdivision in Richland Township as re-recorded in Plat Book 9, page 66 in the Recorder's Office of Madison County, Indiana; thence South 00 degrees 19 minutes 00 seconds East 375.00 feet to the Southwest corner of said Tract "D"; thence North 89 degrees 44 minutes 31 seconds East 300.56 feet along the South line of said Tract "D" to the Northwest corner of Tract "H" in said Tract 2 of said Salyer's Golden Acres Plat; thence South 00 degrees 16 minutes 14 seconds West 326.89 feet along the West line of Tract "H" and Tract "I" in said Tract 2 to a point on the Northerly line of Iroquois Street, said point also being a non tangent point on a curve; said point being North 56 degrees 39 minutes 57 seconds East 181.26 feet from the radius point of said curve; thence Northwesterly along said curve (Northerly line of Iroquois Street) 93.22 feet to the end of said curve, said point being North 27 degrees 11 minutes 56 seconds East 181.26 feet from the radius point of said curve; thence North 55 degrees 42 minutes 20 seconds West 40.31 feet along the Northerly line of Iroquois Street; thence North 62 degrees 48 minutes 04 seconds West 37.29 feet along the Northerly line of Iroquois Street to the point of beginning of a curve, said point being North 27 degrees 11 minutes 56 seconds East 88.94 feet from the radius point of said curve; thence Northwesterly along said curve (Northerly line of Iroquois Street) 31.58 feet to the point of tangency of said curve, said point being North 06 degrees 51 minutes 11 seconds East 88.94 feet from the radius point of said curve; thence North 83 degrees 08 minutes 49 seconds West 180.79 feet along the Northerly line of Iroquois Street; thence South 06 degrees 51 minutes 11 seconds West 40.00 feet to a point on the South line of Iroquois Street; thence South 83 degrees 08 minutes 49 seconds East 54.52 feet along the South line of Iroquois Street to the Northwest corner of a tract of ground recorded in Deed Record 489, page 418 in the Recorder's Office of Madison County, Indiana; thence South 01 degree 28 minutes 24 seconds West 347.79 feet to a point on the North line of Tract "L" in said Tract 2 of said Salyer's Golden Acres Plat; thence South 89 degrees 04 minutes 04 seconds West 329.10 feet along the North line of Tracts "L", "K" and "J" to the Northwest corner of said Tract "J", all in Tract 2 of said Salyer's Golden Acres Plat; thence South 00 degrees 15 minutes 56 seconds West 238.71 feet along the West line of said Tract "J" and said West line of extended South to a point in the centerline of School Street; thence South 89 degrees 04 minutes 04 seconds West 254.37 feet measured (254.58 feet plat) along said centerline of School Street to the point of beginning; being a part of the Northwest Quarter of Section 31, Township 20 North, Range 8 East, which is included in Salyer's Golden Acres, Tracts 1 and 2, a Subdivision in Richland Township, as re-recorded in Plat Book 9, page 66 in the Recorder's Office of Madison County, Indiana.

PARCEL II:   Commonly known as 2200 Madison Square, Anderson, IN

Lot numbered 2 in Madison Square Section One, an Addition to the City of Anderson, Lafayette Township, as recorded in Plat Book 25, pages 24 thru 126, in the records of Madison County, Indiana.

Also, non-exclusive easements for ingress/egress, drainage and utility purposes for the benefit of said lot 2, pursuant to grant of easement recorded in instrument no. 9513587 in the records of Madison County, Indiana.

PARCEL III:   Commonly known as approximate 136 acres, Anderson, IN

TRACT I:

Commencing at a point on the East line of the West half of the Southwest Quarter of Section 31, Township 19 North, Range 8 East which is 1210.26 feet South of a stone marking the Northeast corner of the West half of the Southwest Quarter of said Section 31; continue thence South 00 degrees 02 minutes 22 seconds East 895.50 feet along the East line of the West half of the Southwest Quarter of said Section 31; thence South 89 degrees 56 minutes 38 seconds West 843.00 feet; thence North 00 degrees 36 minutes 38 seconds East 762.00 feet to the South right-of-way line of Interstate Highway 69; thence North 80 degrees 51 minutes 38 seconds East along said South right-of-way line 844.76 feet to the place of beginning.

Being a part of the West half of the Southwest Quarter of Section 31, Township 19 North, Range 8 East and containing 16 acres, more or less.

TRACT II:

Commencing at a point on the East line of the West half of the Southwest Quarter of Section 31, Township 19 North, Range 8 East which is 2105.76 feet South of a stone marking the Northeast corner of the West half of the Southwest Quarter of said Section 31; continue thence South 00 degrees 02 minutes 22 seconds East 572.21 feet to the Southeast corner of the West half of the Southwest Quarter of said Section 31; thence South 89 degrees 09 minutes 38 seconds West 1718.57 feet to the Southwest corner of the Southwest Quarter of said Section 31; thence North 00 degrees 34 minutes 08 seconds East 1216.46 feet along the West line of said Section 31 to a point on the South right-of-way line of Interstate Highway 69; thence North 80 degrees 51 minutes 38 seconds East 884.93 feet along the South line of said Interstate Highway 69; thence South 00 degrees 36 minutes 38 seconds West 762.00 feet; thence North 89 degrees 56 minutes 38 seconds East 843.00 feet to the place of beginning.

Being a part of the West half of the Southwest Quarter of Section 31, Township 19 North, Range 8 East and containing 36.94 acres, more or less.

TRACT III:

Commencing at a point 660.00 feet East and 1537.67 feet South of the Northwest corner of the East half of the Southeast Quarter of Section 36, Township 19 North, Range 7 East, said point being on the South right-of-way line of Interstate Highway #69 and also on the West line of the East half of the East half of the Southeast Quarter of said Section 36; continue thence South 00 degrees 26 minutes 08 seconds West 1121.28 feet to the Southwest corner of the East half of the East half of the Southeast Quarter of said Section 36; thence North 88 degrees 38 minutes 43 seconds East 669.14 feet to the Southeast corner of the Southeast Quarter of said Section 36; thence North 00 degrees 34 minutes 08 seconds East 1216.46 feet along the East line of the Southeast Quarter of said Section 36 to a point on the South right-of-way line of Interstate Highway 69; thence South 80 degrees 51 minutes 38 seconds West 343.57 feet along said

right-of-way line to a point of beginning of a curve to the left whose radius is 11359.2 feet; thence continue along the South right-of-way line along the above mentioned curve 337.35 feet to the place of beginning.

Being a part of the East half of the Southeast Quarter of Section 36, Township 19 North, Range 7 East and containing 18.13 acres, more or less.

TRACT IV:

Beginning at the Southwest corner of the East-half of the Southwest Quarter of Section 31, Township 19 North, Range 8 East and running thence North along the West line of said East-half, a distance of 1481.5 feet to the Southerly right-of-way line of Interstate Route I-69, thence Northeasterly along said right-of-way line, a distance of 836.7 feet to the centerline of State Road No. 109, thence Southeasterly along said centerline, a distance of 1617 feet to the South line of said Section 31, thence West along said South line 1189 feet to the place of beginning.

Being a part of the East-half of the Southwest Quarter of Section 31, Township 19 North, Range 8 East, and containing 35.62 acres, more or less.

EXCEPT: (DEED RECORD 636 PAGE 726)

Beginning at the Northeast corner of the Northwest Quarter of Section 6, Township 19 North, Range 8 East. Also being the Southeast corner of the owners land; thence North 88 degrees 15 minutes 10 seconds West (all bearings in this description are based on the centerline of County Road 100 East per project No. I-69-1(19)25, 1960. Having an assumed bearing of South 00 degrees 06 minutes 23 seconds West) on and along the South line of said Southwest Quarter. Also being the South line of the owner's land a distance of 38.12 feet; thence North 02 degrees 52 minutes 52 seconds West a distance of 115.89 feet; thence North 77 degrees 57 minutes 30 seconds East a distance of 20.00 feet to the centerline of State Road 109; thence South 11 degrees 22 minutes 52 seconds East a distance of 123,50 feet to the point of beginning, and containing 0.079 acre, more or less, of which 0.060 acre, more or less, is presently being used as public right-of-way.

ALSO EXCEPT: (INSTRUMENT NO. 200400451)

Commencing at the Southwest corner of the East half of the Southwest quarter of said Section 31, said point being the Southwest corner of a tract of land described as parcel A-4 (North Anderson Church of God) described in Instrument number 200100308, records of Madison County, Indiana; thence North 00 degrees, 54 minutes, 10 seconds West (assumed bearing) 1487.26 feet along the West line of the East half of said Southwest quarter and the West line of said tract of land to the Northwest corner of said tract of land, said point being on the South limited access right-of-way line of Interstate Number 69; thence North 79 degrees, 59 minutes, 13 seconds East 94.59 feet along said limited access right-of-way line and North line of said tract of land; thence North 81 degrees, 33 minutes, 25 seconds East 197.02 feet along said limited access right-of-way line and North line of said tract of land to the POINT OF BEGINNING OF THIS DESCRIPTION; thence continue North 81 degrees, 33 minutes, 25 seconds East 544.10 feet along said limited access right-of-way line and North line of said tract of land to the Northeast corner of said tract of land, said point being in the former centerline of Columbus Avenue; thence South 13 degrees, 28 minutes, 24 seconds East 411.00 feet along the East line of said tract of land and said former centerline; thence South 76 degrees, 31 minutes, 36 seconds West 542.00 feet; thence North 13 degrees, 28 minutes, 24 seconds West 458.71 feet parallel with the East line of said tract of land and former centerline of Columbus Avenue to the point of beginning; containing 5.410 acres, more or less. Description taken from survey by Bradley A. Rayl, registered land surveyor No.S0067, dated March 6, 2002.

TRACT V:

The North half of the fractional Northwest Quarter of Section 6, Township 18 North, Range 8 East, and 25 acres off the North side of the Southeast Quarter of the Northwest Quarter and the East half of the Southwest Quarter of the Northwest Quarter of said Section 6, containing in all 91.90 acres, more or less.

EXCEPT: (DEED RECORD 636 PAGE 288)

Beginning at the Northeast corner of said Northwest Quarter, Also being the Northeast corner of the Owner's land, thence South 00 degrees 20 minutes 21 seconds East (all bearings in this description are based on the centerline of County Road 100 East per Project Number I-69-1(19)25, 1960, having an assumed bearing of South 00 degrees 06 minutes 23 seconds West) on and along the East line of the said Northwest Quarter being the East line of the Owner's Land, Also being the centerline of State Road 109, a distance of 931.93 feet; thence South 89 degrees 49 minutes 33 seconds West a distance of 20.00 feet; thence North 04 degrees 32 minutes 25 seconds West a distance of 180.52 feet, thence North 00 degrees 10 minutes 27 seconds West a distance of 604.21 feet; thence North 02 degrees 52 minutes 52 seconds West a distance of 149.16 feet to the North line of the said Northwest Quarter, Also being the North line of the Owner's Land, thence South 88 degrees 15 minutes 10 seconds East on and along the North line of the said Northwest Quarter, also being the North line of the Owner's Land a distance of 38.12 feet to the point of beginning, and containing 0.677 acre, more or less, of which 0.433 acre is presently being used as public right-of-way.

TRACT VI:

Commencing at a point in the centerline of Main Street Road said point being 720 feet South of the Northwest corner of the Northeast Quarter of Section 1, Township 18 North, Range 7 East, thence East parallel with the North line of said Section 1 a distance of 1330 feet to the East line of Section 1, thence South along said East line a distance of 424 feet to the South line of the Northeast Quarter of Section 1, thence West along said South line a distance of 1331 feet to the center line of Main Road, thence North 396 feet along said centerline to the place of beginning. Being a part of the Northeast Quarter of the Northeast Quarter of Section 1, Township 18 North, Range 7 East and containing 12.5 acres more or less.

EXCEPT FROM PARCEL III:

A PART OF LOT 1 IN MADISON PARK SECTION ONE AS RECORDED IN INSTRUMENT NUMBER 2008019600 AND A PART OF NORTH ANDERSON CHURCH OF GOD AS RECORDED IN INSTRUMENT NUMBER 200100308, RECORDS OF MADISON COUNTY, INDIANA. A PART OF THE SOUTHWEST QUARTER OF SECTION 31, TOWNSHIP 19 NORTH, RANGE 8 EAST, ANDERSON TOWNSHIP AND A PART OF THE NORTHWEST QUARTER OF SECTION 6, TOWNSHIP 18 NORTH, RANGE 8 EAST, ADAMS TOWNSHIP, ALL IN MADISON COUNTY, INDIANA DESCRIBED AS FOLLOWS:

COMMENCING AT THE NORTHEAST CORNER OF THE NORTHWEST QUARTER OF SECTION 6, TOWNSHIP 18 NORTH, RANGE 8 EAST, SAID POINT ALSO BEING THE NORTHEAST CORNER OF A 0.677 ACRE TRACT OF LAND DESCRIBED IN DEED RECORD 636, PAGE 288, IN THE OFFICE OF THE RECORDER OF MADISON COUNTY, INDIANA; THE FOLLOWING FOUR (4) COURSES ARE ALONG THE BOUNDS OF SAID 0.677 ACRE TRACT; 1) THENCE SOUTH 88 DEGREES 29 MINUTES 55 SECONDS WEST 38.03 FEET ALONG THE NORTH LINE OF SAID NORTHWEST QUARTER; 2) THENCE SOUTH 03 DEGREES 42 MINUTES 19 SECONDS EAST 147.55 FEET; 3) THENCE SOUTH 00 DEGREES 59 MINUTES 54 SECONDS EAST 45.35 FEET TO A EASTERLY CORNER OF LOT 1 IN A FINAL PLAT OF MADISON PARK SECTION ONE AS RECORDED IN INSTRUMENT 2008019600, RECORDS OF MADISON COUNTY, INDIANA, THE FOLLOWING FOUR (4) COURSES ARE ALONG THE NORTH RIGHT-OF-WAY LINE OF EAST 67TH STREET AS DEDICATED IN SAID FINAL PLAT OF MADISON PARK SECTION ONE; 1) THENCE SOUTH 89

DEGREES 00 MINUTES 06 SECOND WEST 18.39 FEET; 2) THENCE SOUTH 41 DEGREES 35 MINUTES 12 SECONDS WEST 69.09 FEET; 3) THENCE SOUTH 84 DEGREES 20 MINUTES 12 SECONDS WEST 125.74 FEET TO THE POINT OF CURVATURE OF A CURVE CONCAVE TO THE SOUTHEAST AND HAVING A RADIUS OF 805.63 FEET; THENCE SOUTHWESTERLY ALONG SAID CURVE AN ARC DISTANCE OF 129.52 FEET, SUBTENDED BY A CHORD BEARING SOUTH 79 DEGREES 43 MINUTES 51 SECONDS WEST 129.52 FEET TO THE POINT OF BEGINNING OF THIS DESCRIPTION, THE FOLLOWING TWO (2) COURSES CONTINUE ALONG THE NORTH RIGHT-OF-WAY LINE OF SAID EAST 67TH STREET, SAID POINT ALSO BEING A POINT OF CURVATURE OF A CURVE CONCAVE TO THE SOUTHEAST AND HAVING A RADIUS OF 805.63 FEET; 1) THENCE SOUTHWESTERLY ALONG SAID CURVE AN ARC DISTANCE OF 275.19 FEET, SUBTENDED BY A CHORD BEARING SOUTH 65 DEGREES 20 MINUTES 22 SECONDS WEST 273.85 FEET; 2) THENCE SOUTH 55 DEGREES 33 MINUTES 14 SECONDS WEST 53.55 TO THE POINT OF CURVATURE OF A CURVE CONCAVE TO THE NORTHWEST AND HAVING A RADIUS OF 2235.00 FEET; THENCE SOUTHWESTERLY ALONG SAID CURVE AN ARC DISTANCE OF 1300.83 FEET, SUBTENDED BY A CHORD BEARING SOUTH 72 DEGREES 13 MINUTES 40 SECONDS WEST 1282.55 FEET, ALONG A PORTION OF THE NORTH RIGHT-OF-WAY LINE OF SAID EAST 67TH STREET AND THE SOUTH LINE OF SAID LOT 1; THENCE SOUTH 88 DEGREES 54 MINUTES 06 SECONDS WEST 252.78 FEET, ALONG THE SOUTH LINE OF SAID LOT 1; THENCE NORTH 00 DEGREES 15 MINUTES 10 SECONDS WEST 2035.75 FEET TO A POINT BEING 80.00 FEET, MEASURED AT RIGHT ANGLES FROM THE NORTH LINE OF SAID LOT 1; THENCE NORTH 79 DEGREES 59 MINUTES 13 SECONDS EAST 927.12 FEET ALONG A LINE PARALLEL WITH THE NORTH LINE OF SAID LOT 1 TO THE EAST LINE OF THE WEST HALF OF THE SOUTHWEST QUARTER OF SECTION 31, TOWNSHIP 19 NORTH, RANGE 8 EAST, THE FOLLOWING SIX (6) COURSES ARE ALONG THE EASTERLY AND NORTHERLY BOUNDS OF SAID LOT 1; 1) THENCE SOUTH 00 DEGREES 54 MINUTES 10 SECONDS EAST 233.23 FEET ALONG SAID EAST LINE OF THE WEST HALF OF THE SOUTHWEST QUARTER; 2) THENCE SOUTH 32 DEGREES 25 MINUTES 28 SECONDS EAST 185.00 FEET; 3) THENCE NORTH 76 DEGREES 31 MINUTES 36 SECONDS EAST 535.30 FEET; 4) THENCE SOUTH 01 DEGREES 45 MINUTES 41 SECONDS WEST 163.74 FEET TO THE POINT OF CURVATURE OF A CURVE CONCAVE TO THE WEST AND HAVING A RADIUS OF 175.00 FEET; 5) THENCE SOUTHERLY ALONG SAID CURVE AN ARC DISTANCE OF 47.24 FEET, SUBTENDED BY A CHORD BEARING SOUTH 05 DEGREE 58 MINUTES 18 SECONDS EAST 47.09 FEET; 6) THENCE SOUTH 13 DEGREES 42 MINUTES 16 SECONDS EAST 984.92 FEET TO A SOUTHERLY CORNER OF SAID LOT 1; THENCE SOUTH 13 DEGREES 42 MINUTES 16 SECONDS EAST 8.75 FEET; THENCE SOUTH 01 DEGREES 09 MINUTES 48 SECONDS EAST 215.58 FEET TO THE POINT OF BEGINNING OF THIS DESCRIPTION, CONTAINING IN ALL 70.691 ACRES, MORE OR LESS, AND SUBJECT TO ALL LEGAL RIGHTS-OF-WAY AND APPLICABLE EASEMENTS OF RECORD.

1927014