UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MADISON PARK CHURCH OF GOD, INC., ) | Case No. 13-07430-RLM-11 |
|   d/b/a MADISON PARK CHURCH OF GOD, ) | |
| ) | |
| Debtor. ) | |

**NOTICE OF: (A) ENTRY OF ORDER CONFIRMING
DEBTOR'S PLAN OF REORGANIZATION DATED SEPTEMBER 11, 2013;
(B) OCCURRENCE OF EFFECTIVE DATE; AND (C) DISTRIBUTION DATE**

TO:    All creditors, parties-in-interest and those appearing on the service list

YOU ARE HEREBY NOTIFIED that on December 13, 2013 the United States Bankruptcy Court for the Southern District of Indiana, Indianapolis Division (the "Bankruptcy Court") entered an order (the "Confirmation Order") confirming the *Debtor's Plan of Reorganization Dated September 11, 2013* (the "Plan") in the chapter 11 case of Madison Park Church of God, Inc., d/b/a Madison Park Church of God (the "Debtor"). You may obtain a copy of the Plan and Confirmation Order from the Court's website at www.insb.uscourts.gov utilizing the PACER system (login and password are required) or by contacting counsel for the Debtor, Jeffrey J. Graham, TAFT STETTINIUS & HOLLISTER LLP, One Indiana Square, Suite 3500, Indianapolis, Indiana 46204, via email at jgraham@taftlaw.com or telephone at (317) 713-3500.

YOU ARE HEREBY FURTHER NOTIFIED that the Effective Date under the Plan and the Confirmation Order is December 28, 2013.

YOU ARE HEREBY FURTHER NOTIFIED that the Distribution Date under the Plan and Confirmation Order is February 1, 2014.

YOU ARE HEREBY FURTHER NOTIFIED that any claims for damages arising from the rejection of an Executory Contract pursuant to the Plan must be filed, in writing, on or before January 13, 2014 with the Clerk of the Bankruptcy Court either electronically via CM/ECF at www.insb.uscourts.gov or via U.S. Mail to the Clerk's Office, Room 116 Birch Bayh Federal Building and U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana 46204, with a copy to Debtor's counsel the address provided above.

YOU ARE HEREBY FURTHER NOTIFIED that any objections to the proposed Cure of an assumed and assigned Executory Contract must be filed, in writing on or

before December 30, 2013 with the Clerk of the Bankruptcy Court either electronically via CM/ECF at www.insb.uscourts.gov or via U.S. Mail to the Clerk's Office, Room 116 Birch Bayh Federal Building and U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana  46204, with a copy to Debtor's counsel the address provided above.

YOU ARE HEREBY FURTHER NOTIFIED that the Reorganized Debtor must file any objections to Claims on or before January 13, 2014.

Dated: December 19, 2013        MADISON PARK CHURCH OF GOD, INC.,
                                d/b/a MADISON PARK CHURCH OF GOD
                                as debtor and debtor-in-possession,


                        By:    /s/ Jeffrey J. Graham
                               Jeffrey J. Graham, one of its counsel

Jerald I. Ancel
Marlene Reich
Jeffrey J. Graham
Erin C. Nave
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN  46204
Telephone:   (317) 713-3500
Facsimile:    (317) 713-3699
Email: jancel@taftlaw.com
       mreich@taftlaw.com
       jgraham@taftlaw.com
       enave@taftlaw.com


1983583.2